IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv339

| | |
|---|---|
| RITA KOTSIAS, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>LAVIE CARE CENTERS, LLC, et al., )<br>)<br>)<br>Defendant. )<br>_____ ) | |

Pending before the Court are the Consent Motion for Extension of Time to Answer [# 9], Motion for Extension of Time to Answer [# 10], and Amended Motion for Extension of Time to Answer [# 11]. For good cause shown, the Court **GRANTS** the motions [# 9, # 10, # 11]. All Defendants in this action shall have until January 27, 2017, to answer or otherwise respond to the Complaint.

Signed: January 4, 2017

_signature_
Dennis L. Howell
United States Magistrate Judge

-1-