# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv339

| | |
|---|---|
| RITA KOTSIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| LAVIE CARE CENTERS, LLC, et al., ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Motion for Extension of Time [# 20]. Plaintiff requests an extension of time to respond to the pending Motions to Dismiss [# 15 & # 17]. For good cause shown, the Court **GRANTS** the motion [# 20]. Plaintiff shall have until March 14, 2017, to respond to the Motions to Dismiss [# 15 & # 17]. The Court **DIRECTS** Plaintiff to respond to each motion separately. Plaintiff need not respond to the Motions to Dismiss [# 14 & # 19] because neither motion is properly before this Court. See LCvR 7.1(C)(1).

The Court also **DIRECTS** the Clerk to **TERMINATE** the Motion to Dismiss [# 19] and correct the docket to reflect an Answer only. Although the Court considers the motion preserved, the motion is not before this Court for a

-1-

ruling.  See LCvR 7.1(C)(1).

Signed: February 14, 2017

Dennis L. Howell
United States Magistrate Judge