# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Rita Kotsias, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:16-cv-00339-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| LaVie Care Centers, LLC | ) | |
| d/b/a Consulate Health Care et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2018 Order.

April 30, 2018

_____
Frank G. Johns, Clerk
United States District Court